# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No.  2:16-cr-00328-JCM-GWF |
| vs. | ) ) | **ORDER** |
| BENYIAHIA HEBBAR, | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on Defendant's Motion for Status Check (ECF No. 21) and Defendant's Motion for an Order of Dismissal (ECF No. 22), filed on November 15, 2016.  Also before the Court is the Government's Motion to Strike (ECF No. 24) Defendant's Motion for Status Check and Motion for an Order of Dismissal, filed on November 25, 2016.

Typically, criminal defendants represented by counsel may not file pro se motions.  *United States v. Gallardo*, 915 F. Supp. 216, 218 (D. Nev. 1995), aff'd, 92 F.3d 1194 (9th Cir. 1996).  Local Rule IA 11-6 provides as follows:

> A party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.

On August 25, 2016, the Federal Public Defender for the District of Nevada was appointed to represent Defendant.  *See* ECF No. 4.  Assistant Federal Public Defender Monique Kirtley currently serves as counsel for Defendant.  *See* ECF No. 11.  Defendant personally filed his motions with the Court.  Because Defendant is represented by counsel, the Court denies his Motion for Status Check and his Motion for an Order of Dismissal.  Furthermore, the Court grants the Government's Motion to

Strike.  Accordingly,

    **IT IS HEREBY ORDERED** that Defendant's Motion for Status Check (ECF No. 21) and Defendant's Motion for an Order of Dismissal (ECF No. 22) are **denied**.

    **IT IS FURTHER ORDERED** that the Government's Motion to Strike (ECF No. 24) is **granted**.

    **IT IS FURTHER ORDERED** the Clerk of the Court is directed to strike ECF Nos. 21 and 22.

DATED this 29th day of November, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge