```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         JAN 1 3 2017

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-cr-000328-JCM-GWF |
| vs. | ) | |
| | ) | |
| BENIYIHIA HEBBAR, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On January 11, 2017, this Court granted the Federal Public Defender's SEALED MOTION to Withdraw as Attorney (doc. 35).

Accordingly, IT IS HEREBY ORDERED that John G. George, is APPOINTED as counsel for Beniyihia Hebbar in place of the Federal Public Defender's Office for all future proceedings.

Federal Public Defender's office shall forward the file to Mr. George forthwith.

DATED this 13th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE