# United States Marshals Service
# District of Nevada
# Prisoner Restraint Request

***CONFIDENTIAL INFORMATION – NOT FOR PUBLIC DISSEMINATION***

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

DEC 20 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| Today's Date: | 09/26/17 |
| --- | --- |
| Prisoner/USMS#: | HEBBAR, BENYIAHIA 53547-048 |
| D/NV Court Case #: | 2:16-CR-00328 |
| Charges: | CARRYING PROHIBITED |

| Existing Restraint Order? | N | Judge: | | Date: | |
| --- | --- | --- | --- | --- | --- |

**USMS Recommendation:** It is the U.S. Marshals' standing recommendation that every defendant be in restraints while in the courtroom. Our specific recommendation regarding this defendant is: ☐ Full  ☑ Legs Only

| USMS Submitted By: | B. BENZ | USMS Approved By: | S. PALMER |
| --- | --- | --- | --- |

## RISK FACTORS

| Violence/Attempts to flee at time of arrest: | | Disruptive Courtroom Behavior: | | Suicidal: | |
| --- | --- | --- | --- | --- | --- |
| Assaults/Attempted assaults while in custody: | | Disruptive Jail Behavior: | 1 | Intoxicated: | |
| Defiant behavior towards jail/judicial authorities: | | Does Not Follow Commands: | | Altered Mental State: | |
| Escape Risk: | | Threatening Remarks: | | | |

## CRIMINAL HISTORY

| Offense | Arrests | Offense | Arrests | Offense | Arrests |
| --- | --- | --- | --- | --- | --- |
| Homicide/Attempted Homicide: | | Escape: | | Other (see below): | |
| Assault/Battery: | | Resisting/Evading an Officer: | | Other (see below): | |
| Threats/Intimidation/Extortion: | | Contempt of Court: | | | |

| Additional Information: | |
| --- | --- |

Presiding Judge: _MAHAN_   Date: 12/20/2017 ~~09/29/17~~

**JUDICIAL DECISION:** ☐ Full  ☑ Legs Only  ☐ None

Rev: 09-17