Dustin R. Marcello, Esq.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Attorney for Defendant -BENIYIHIA HEBBAR

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-00328-JCM-GWF |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BENIYIHIA HEBBAR, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between DUSTIN R
MARCELLO, ESQ. Counsel for Defendant BENIYIHIA HEBBAR and CRISTINA SILVA,
Assistant United States Attorney, that the Sentencing Hearing currently scheduled for December
28, 2017, at 9:00 a.m., be vacated and reset or a date and time convenient to the court, but no
earlier than 60 days.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request
   of continuance.

2. Defendant is in custody in Pahrump.

-1-

3.   Counsel has spoken to AUSA Cristina Silva and she does not oppose to the continuance.

4.   Counsel was just appointed on this case on Friday, December 22, 2017 and needs additional time to prepare for sentencing.

5.   Denial of this request for continuance could result in a miscarriage justice.

6.   For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

DATED: December 26, 2017

_____/S/_____
DUSTIN R. MARCELLO, ESQ.
601 LAS VEGAS BOULEVARD, S
LAS VEGAS, NEVADA 89101
ATTORNEY FOR THE DEFENDANT
BENIYIHIA HEBBAR

_____/S/_____
CRISTINA SILVA
ASSISTANT UNITED STATES ATTORNEY
501 LAS VEGAS BOULEVARD SOUTH. #1100
LAS VEGAS, NEVADA 89101
ATTORNEY FOR UNITED STATES OF
AMERICA

Dustin R. Marcello, Esq.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Attorney for Defendant -BENIYIHIA HEBBAR

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-00328-JCM-GWF |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BENIYIHIA HEBBAR, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA Cristina Silva and she does not oppose to the continuance.

4. Counsel was just appointed on this case on Friday, December 22, 2017 and needs additional time to prepare for sentencing.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for December 28, 2017, at 9:00 a.m., be continued to the **28th day of February, 2018 at 10:30 a.m., in courtroom 6A.**

DATED December 27, 2017.

_____
U.S. DISTRICT JUDGE