Dustin R. Marcello, Esq.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Attorney for Defendant -BENIYIHIA HEBBAR

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00328-JCM-GWF |
| Plaintiff, | |
| v. | |
| BENIYIHIA HEBBAR, | |
| Defendant | |

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between DUSTIN R MARCELLO, ESQ. Counsel for Defendant BENIYIHIA HEBBAR and CHRIS BURTON, Assistant United States Attorney, that the Sentencing Hearing currently scheduled for February 28, 2018, at 9:00 a.m., be vacated and reset or a date and time convenient to the court, but no earlier than 30 days.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA Chris Burton and he does not oppose to the continuance.

4. Counsel recently filed a Motion to Withdraw Guilty plea on or around February 19. 2018 and needs additional time for the Government to reply and for a response if any.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the second request for continuance filed herein.

DATED: February 27, 2018

| /S/ | /S/ |
|---|---|
| DUSTIN R. MARCELLO, ESQ. | CHRIS BURTON |
| 601 LAS VEGAS BOULEVARD, S | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR THE DEFENDANT | LAS VEGAS, NEVADA 89101 |
| BENIYIHIA HEBBAR | ATTORNEY FOR UNITED STATES OF AMERICA |

Dustin R. Marcello, Esq.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Attorney for Defendant -BENIYIHIA HEBBAR

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-00328-JCM-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BENIYIHIA HEBBAR, | ) | |
| | ) | |
| Defendant | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

C Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA Chris Burton and he does not oppose to the continuance.

4. Counsel recently filed a Motion to Withdraw Guilty plea on or around February 19. 2018 and needs additional time for the Government to reply and for a response if any.
5. Denial of this request for continuance could result in a miscarriage justice.
6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the second request for continuance filed herein.

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## **ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for FEBRUARY 27, 2018, at 9:00 a.m., be continued to the **2nd day of April, 2018 at 10:30 a.m.**

DATED February 27, 2018.

_____
U.S. DISTRICT JUDGE