FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 1 6 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BENIYIHIA HEBBAR,

    Defendant.

Case No. 2:16-cr-000328-JCM-GWF

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On 07/12/2018, this Court received a transcript order form dated 07/12/2018 requesting the transcripts of hearings held on 12/20/2017, 3/22/2018, and 3/29/2018 from Dustin R. Marcello, counsel for defendant, in which portions of the hearings are sealed.

IT IS THE ORDER OF THE COURT that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by defendant's counsel.

IT IS FURTHER ORDERED that the sealed portion of the recording shall thereafter be resealed by the Clerk until further order of this Court.

IT IS FURTHER ORDERED that defendant's counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATE July 16, 2018

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE