UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00328-JCM-GWF |
| Plaintiff, | ORDER |
| v. | |
| BENIYIHIA HEBBAR, | |
| Defendant. | |

Presently before the court is the matter of *United States v. Hebbar*, case number 2:12-cr-00328-JCM-GWF.

Defendant Beniyahia Hebbar's hearing for revocation of supervised release is currently scheduled on April 4, 2019, at 10:30 a.m. (ECF No. 142). On April 1, 2019, defendant filed a motion to dismiss the petition to revoke defendant's supervised release. (ECF No. 153). To provide the parties with an opportunity to properly brief defendant's motion, the court will continue defendant's revocation hearing to April 30, 2019, at 10:30 a.m.

IT IS HEREBY ORDERED that defendant Beniyahia Hebbar's revocation hearing is rescheduled to April 30, 2019, at 10:30 a.m.

DATED THIS 3rd day of April 2019.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE